LAW OFFICES OF GABRIEL DEL VIRGINIA
*Proposed Attorneys for the Debtor*
*and Debtor in Possession.*
30 Wall Street, 12th Floor,
New York, New York 10005.
Telephone: 212-371-5478
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

K&H RESTAURANT, INC.,

                                                               Chapter 11
                                                                Case No. 16-B-13151-MKV.

              Debtor.
-----------------------------------------------------------X

**MOTION FOR AN ORDER EXTENDING THE DEBTOR'S TIME
TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF
FINANCIAL AFFAIRS, LISTS OF EXECUTORY CONTRACTS,
UNEXPIRED LEASES AND EQUITY SECURITY HOLDERS
<u>AND OTHER REQUIRED FILINGS.</u>**

TO:    THE HONORABLE MARY KAY VYSKOCIL,
         UNITED STATES BANKRUPTCY JUDGE

        K&H RESTAURANT, INC., the above-captioned debtor and debtor-in-possession (the "Debtor"), respectfully submits this motion (the "Motion") and respectfully represents:

<u>BACKGROUND.</u>

        1.    The Debtor filed its voluntary petition for relief under the provisions of 11 U.S.C. Chapter 11 on November 13, 2016 (the "Petition Date").

        2.    The Debtor continues to manage its property as a debtor and debtor-in-possession. No trustee or examiner has been appointed in this case. Also, no official committee of unsecured creditors has been appointed.

3. The Debtor is a New York corporation in the business of owning and managing a restaurant doing business as "Raffles".

4. The Debtor filed the Petition on an exigent basis to avoid the imminent eviction by its landlord from its premises from where it operates its restaurant.

5. Debtor's management believes that, given the breathing spell provided by the filing of this case, the Debtor will be able identify and negotiate with prospective investors/lenders as a means to emerging from bankruptcy promptly.

## RELIEF REQUESTED

6. For the reasons set forth below, and in the accompanying Declaration, the Debtor seeks in the instant Motion, entry of an order, extending its time to file respective schedules of assets and liabilities (the "Schedules"), statements of financial affairs ("Statements"), lists of executory contracts, unexpired leases, and equity security holders ("Lists") and the other required filings, including but not limited to the Rule 1007-2 Declaration ("Other Required Filings") through and including December 23, 2016.

## BASIS FOR RELIEF REQUESTED

7. Pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, the initial time within which the Debtor must file its Schedules, Statements, Lists, and Other Required Filings expires on November 28, 2016. The Debtor now respectfully requests an extension to December 23, 2016 to file the documents.

3

8. The Debtor's management, president, Mr. Mohammed Prince, and its staff has had very scant time to assemble and prepare the information necessary to complete the Schedules, Statements, Lists, and Other Required Filings before the filing of the Debtor's Chapter 11 case -- as he has been actively seeking investors/lenders in an effort to reorganize the Debtor's affairs, as well as preparing the subject premises for the Debtor's operations. Moreover, the Petition was filed on an exigent basis to avoid eviction from its premises.

9. Given the requested additional time, the Debtor's management and counsel will work to prepare the Schedules, Statements, Lists, and Other Required Filings to reflect accurately the financial circumstances of the Debtor as of the Filing Date. To reiterate, however, due to the aforementioned constraints of time and resources, the Debtor will require additional time to prepare the Schedules, Statements, Lists and Other Required Filings.

10. Accordingly, this Motion is being submitted to obtain an extension, through and including December 23, 2016 of the time in which the Debtor may file its Schedules, Statements, Lists, and Other Required Filings without prejudice to the Debtor's right to seek further extensions for cause.

## CONCLUSION.

11. Although no committee of unsecured creditors has been appointed or designated herein, this Motion is being submitted to the Office of the United States

Trustee. The Debtor respectfully submits and requests that this Court so find that no further notice is required.

12. No previous motion for the relief requested herein has been made to this or any other Court.

13. The Debtor respectfully submits that no new or novel issue of law with respect to the matters contained herein is presented and that no controversial issue of fact is raised and respectfully requests that the requirement of a memorandum of law, pursuant to the Local Bankruptcy Rules, be waived.

**WHEREFORE**, the Debtor respectfully requests entry of an order granting the extension of time to file its Schedules, Statements, Lists and Other Required Filings through and including December 7, 2016.

Dated: New York, New York
November 23, 2016

                                **K&H RESTAURANT, INC.,**
                                *Debtor and Debtor-in-Possession*
                                */s/ Mr. Mohammed Prince*
                                President

**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Proposed Attorneys for the Debtor
and Debtor-in-Possession*

By: */s/ Gabriel Del Virginia*
Gabriel Del Virginia
30 Wall Street, 12th Floor,
New York, New York 10005.
Telephone: 212-371-5478
Facsimile: 212-371-0460
gabriel.delvirginia@verizon.net

4