**Fill in this information to identify the case:**

Debtor name  K&H RESTAURANT, INC.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  16-13151

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 23, 2016        **X** /s/ Mr. Adel Kellel
                                          Signature of individual signing on behalf of debtor

                                          Mr. Adel Kellel
                                          Printed name

                                          President
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    K&H RESTAURANT, INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    16-13151

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................    $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................    $    606,555.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................    $    606,555.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................    $    203,172.85

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    390,239.40

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b    $    593,412.25

**Fill in this information to identify the case:**

Debtor name   K&H RESTAURANT, INC.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   16-13151

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. JP Morgan Chase Bank<br>Accts #s: 0249 $2,986.42;<br>                   1665 <11,725.36>;<br>                   7175 <71.89> | Business checking | | <$8,810.83> |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**    $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. Security deposit with landlord    $120,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**    $120,000.00
   Add lines 7 through 8. Copy the total to line 81.

Debtor    K&H RESTAURANT, INC.                           Case number *(If known)* 16-13151
          Name

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Inventory of liquor and food | | $29,741.00 | Tax records | Unknown |

| 23. | **Total of Part 5.** | $0.00 |
|---|---|---|

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

Debtor    K&H RESTAURANT, INC.                                    Case number (If known) 16-13151
          Name

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor's fixed assets: furniture and equipment, located at premises | $486,555.00 | Tax records | $486,555.00 |

51. **Total of Part 8.**                                                                                                    $486,555.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Lease of premises | Lessee | Unknown | | Unknown |

56. **Total of Part 9.**                                                                                                          $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                              page 3

| Debtor | K&H RESTAURANT, INC. | Case number (If known) 16-13151 |
|---|---|---|
| | Name | |

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| New York State Liquor license | Unknown | | Unknown |
| NYC Illuminated sign Permit | Unknown | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**  $0.00
   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 4

| Debtor | K&H RESTAURANT, INC. | Case number *(If known)* 16-13151 |
|---|---|---|
| | Name | |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | Litigation claim for damages | Unknown |
| | **Nature of claim**   Contract | |
| | **Amount requested**        $687,720.00 | |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☑ No<br>☐ Yes | |

| Debtor | K&H RESTAURANT, INC. | Case number *(If known)* 16-13151 |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $120,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $486,555.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $606,555.00  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $606,555.00 |

**Fill in this information to identify the case:**

Debtor name    K&H RESTAURANT, INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    16-13151

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: K&H RESTAURANT, INC.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 16-13151

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>c/o US Attorneys Office-SDNY<br>86 Chambers Street<br>New York, NY 10007<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>Notice<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | Unknown | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>IRS/Centralized Insolvency<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>Notice<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | Unknown | $0.00 |

| Debtor | K&H RESTAURANT, INC. | Case number (if known) | 16-13151 |
|---|---|---|---|

**2.3** Priority creditor's name and mailing address
IRS/Centralized Insolvency
Post Office Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Date or dates debt was incurred

Basis for the claim:
Notice

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address
NY City Law Department
Corporation Counsel
100 Church Street
New York, NY 10007

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
Notice

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address
NY State Insurance Fund
199 Church Street
New York, NY 10007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
Notice

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** Priority creditor's name and mailing address
NYS Dept of Tax & Finance
Bankruptcy Unit-TCD
Building 8, Room 455 W.A. Harr
Albany, NY 12227

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$203,172.85    $203,172.85

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | K&H RESTAURANT, INC. | Case number (if known) | 16-13151 |
|---|---|---|---|
| | Name | | |

**3.1** **Nonpriority creditor's name and mailing address**
Andres Martinez
c/o The Law Ofc Willam Cafaro
108 West 39th St Suite 602
New York, NY 10018

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Antonia Vasilyeva
c/o Joseph & Norinsberg LLC
225 Broadway-2700
New York, NY 10007

**Date(s) debt was incurred** 11/6/2015
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.    $7,860.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation settlement agreement

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Denisse Mendez
c/o Joseph & Norinsberg LLC
225 Broadway-2700
New York, NY 10007

**Date(s) debt was incurred** 11/6/2015
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.    $10,218.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation settlement agreement

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Diamondrock NY Lex Owner, LLC
c/o Wilk Auslander, LLP
1515 Broadway
New York, NY 10036

**Date(s) debt was incurred** 6/2003
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unexpired lease of nonresidential real property

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Elshan Abilov
c/o Joseph & Norinsberg LLC
225 Broadway-2700
New York, NY 10007

**Date(s) debt was incurred** 11/6/2015
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.    $6,288.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation settlement agreement

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Eman Abdelkarim
Law Offices of William Cafaro
108 West 39th Street, Ste.602
New York, NY 10018

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation claim

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Kamila Hatamova
c/o Joseph & Norinsberg LLC
225 Broadway-2700
New York, NY 10007

**Date(s) debt was incurred** 11/6/2015
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.    $28,296.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation settlement agreement

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | K&H RESTAURANT, INC. | Case number (if known) | 16-13151 |
|---|---|---|---|
| | Name | | |

### 3.8 Nonpriority creditor's name and mailing address
Marco Kostic
c/o Joseph & Norinsberg LLC
225 Broadway-2700
New York, NY 10007

**Date(s) debt was incurred** 11/6/2015
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*   $33,798.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation settlement agreement

Is the claim subject to offset? ■ No  ☐ Yes

### 3.9 Nonpriority creditor's name and mailing address
Mr. Rajesh Minocha
c/o REISSE SHEPPE, LLP
425 Madison Avenue-19th Flr
NY 10071

**Date(s) debt was incurred** May 5, 2015
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Settlement stipulation

Is the claim subject to offset? ☐ No  ■ Yes

### 3.10 Nonpriority creditor's name and mailing address
Myroslava Velychko
Law Offices of William Cafaro
108 West 39th St Suite 602
New York, NY 10018

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation claim

Is the claim subject to offset? ■ No  ☐ Yes

### 3.11 Nonpriority creditor's name and mailing address
Noedith Rojas
Law Offices of William Cafaro
108 West 39th Street, Ste.602
New York, NY 10018

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation claim

Is the claim subject to offset? ■ No  ☐ Yes

### 3.12 Nonpriority creditor's name and mailing address
NY Hotels Motels Trades
c/o Pitta Giblin, Esqs
120 Broadway--28th Floor
New York, NY 10271

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*   $15,000.00
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Union

Is the claim subject to offset? ■ No  ☐ Yes

### 3.13 Nonpriority creditor's name and mailing address
NY Hotels Trades Counsil
c/o Pitta Giblin, Esqs
120 Broadway--28th Floor
New York, NY 10271

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*   $146,000.00
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Benefits

Is the claim subject to offset? ■ No  ☐ Yes

### 3.14 Nonpriority creditor's name and mailing address
NY State Dept of Labor
P.O. Box 15122
Albany, NY 12212

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*   $126,085.63
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Labor law violations
Labor Law secs 61, 146-2.3; 146-2.5; 161 and 162

Is the claim subject to offset? ☐ No  ■ Yes

| Debtor | K&H RESTAURANT, INC. | Case number (if known) | 16-13151 |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Performance Food Group, Inc.<br>c/o Law Ofc Mitchell Malzberg<br>P.O. Box 5122<br>Clinton, NJ 08809<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Collection<br><br>Is the claim subject to offset? ☐ No   ■ Yes | $15,088.77 |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Scentre, Inc.<br>c/o REISSE SHEPPE, LLP<br>425 Madison Avenue-19th Flr<br>NY 10071<br><br>**Date(s) debt was incurred** May 5, 2015<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Settlement<br><br>Is the claim subject to offset? ☐ No   ■ Yes | Unknown |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Tengiv Iliaaev<br>c/o Joseph & Norinsberg LLC<br>225 Broadway-2700<br>New York, NY 10007<br><br>**Date(s) debt was incurred** 11/6/2015<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Litigation settlement agreement<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $1,605.00 |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | NY State Dept Labor<br>75 Varick Street<br>7th Floor<br>New York, NY 10013 | Line 3.14<br><br>☐ Not listed. Explain _____ | ___ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 203,172.85 |
| **5b. Total claims from Part 2** | 5b.  + $ | 390,239.40 |
| **5c. Total of Parts 1 and 2**<br>  Lines 5a + 5b = 5c. | 5c.    $ | 593,412.25 |

**Fill in this information to identify the case:**

Debtor name  K&H RESTAURANT, INC.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  16-13151

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — Unexpired lease of nonresidential real property | |
| State the term remaining — 12 years | Diamondrock NY Lex Owner, LLC<br>c/o Wilk Auslander, LLP<br>1515 Broadway<br>New York, NY 10036 |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: K&H RESTAURANT, INC.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 16-13151

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Adel Kellel | | Denisse Mendez | ☐ D _____<br>■ E/F   3.3<br>☐ G _____ |
| 2.2 | Adel Kellel | | Kamila Hatamova | ☐ D _____<br>■ E/F   3.7<br>☐ G _____ |
| 2.3 | Adel Kellel | | Antonia Vasilyeva | ☐ D _____<br>■ E/F   3.2<br>☐ G _____ |
| 2.4 | Adel Kellel | c/o David M. Fish, Esq<br>3 Park Avenue-28th<br>New York, NY 10016 | Elshan Abilov | ☐ D _____<br>■ E/F   3.5<br>☐ G _____ |

| Debtor | K&H RESTAURANT, INC. | Case number *(if known)* | 16-13151 |
|---|---|---|---|

**Additional Page to List More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | Adel Kellel | Tengiv Iliaaev | ☐ D _____<br>■<br>E/F ___3.17___<br>☐ G _____ |
| 2.6 | Adel Kellel<br>c/o Jack N. Posner, Esq<br>110 Franklin Avenue-305<br>Garden City, NY 11530 | Mr. Rajesh Minocha | ☐ D _____<br>■<br>E/F ___3.9___<br>☐ G _____ |
| 2.7 | Adel Kellel<br>c/o Jack N. Posner, Esq<br>110 Franklin Avenue-305<br>Garden City, NY 11530 | Scentre, Inc. | ☐ D _____<br>■<br>E/F ___3.16___<br>☐ G _____ |
| 2.8 | Adel Kellel<br>c/o David M. Fish, Esq<br>3 Park Avenue-28th<br>New York, NY 10016 | Marco Kostic | ☐ D _____<br>■<br>E/F ___3.8___<br>☐ G _____ |
| 2.9 | Rajesh Minocha | Denisse Mendez | ☐ D _____<br>■<br>E/F ___3.3___<br>☐ G _____ |
| 2.10 | Rajesh Minocha | Kamila Hatamova | ☐ D _____<br>■<br>E/F ___3.7___<br>☐ G _____ |
| 2.11 | Rajesh Minocha | Antonia Vasilyeva | ☐ D _____<br>■<br>E/F ___3.2___<br>☐ G _____ |

| Debtor | K&H RESTAURANT, INC. | Case number *(if known)* | 16-13151 |

### Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|---|
| 2.12 | Rajesh Minocha | Elshan Abilov | ☐ D _____<br>■<br>E/F    3.5<br>☐ G _____ |
| 2.13 | Rajesh Minocha | Tengiv Iliaaev | ☐ D _____<br>■<br>E/F    3.17<br>☐ G _____ |