# PITTA LLP
Attorneys at Law

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Barry N. Saltzman**
Partner
Direct Dial: (212) 652-3827
bsaltzman@pittalaw.com

January 27, 2017

**BY REGULAR MAIL**

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attn: Clerk of the Court

Re: **K & H Restaurant, Inc.**
**S.D.N.Y. Bankr. Case No. 16-13151 (MKV)**

Dear Sir/Madam:

Our firm name and email addresses have recently changed. Please see the following:

PITTA LLP
120 Broadway, 28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891
Direct Dial: (212) 652-3827
bsaltzman@pittalaw.com

Thank you.

Very truly yours,

Barry N. Saltzman

cc: Mr. Harry Veras (By email)

{00630463.DOC / }

120 Broadway,
26th Floor
New York, New York 10271
Telephone: (212) 962-1590
Facsimile: (212) 962-5037