**K&H Restaurant, Inc. - Chapter 11 Reorg 17-10011**

| Date | | Hours |
|---|---|---:|
| | **ASSET REVIEW AND RECOVERY** | |
| 2017-02-25 | research re motion to enforce stay | 1.5 |
| 2017-02-25 | review pleadings in landlord tenant court | 0.6 |
| 2017-02-25 | draft motion to enforce stay | 3.4 |
| 2017-02-27 | review revise re motion to enforce stay | 1.9 |
| 2017-02-27 | research re motion to enforce stay | 0.3 |
| 2017-02-27 | draft emails to proposed special counsel re LT case | 0.2 |
| 2017-02-27 | review emails from proposed special counsel re LT case | 0.1 |
| 2017-02-28 | review and revise motion to enforce stay; prep for filing | 1.9 |
| 2017-02-28 | review motion to extend time to assume or reject leases | 0.8 |
| 2017-03-01 | review Landlord's objection to motion to extend time to assume of reject leases, and discuss with accountant | 0.8 |
| 2017-03-02 | review lease, amendments and pleadings in civil court | 0.5 |
| 2017-03-03 | draft and review emails with proposed special counsel re: issues in the civil court action | 0.3 |
| 2017-03-03 | draft email to special counsel re: lease issues | 0.1 |
| 2017-03-03 | draft review and revise reply to objection to motion to extend time to assume or reject lease | 5.1 |
| 2017-03-03 | research re: extension of time to assume or reject leases | 0.9 |
| 2017-03-08 | prepare for hearing and adjourned initial case conference | 2.4 |
| 2017-03-08 | attend and participate in hearing on extension motion and adjourned initial case conference | 2.2 |
| 2017-03-13 | draft and review emails with counsel to Landlord re adversary proceeding | 0.3 |
| | **Sub-Total Hours** | **23.3** |
| | **Category Sub-total** | **$8,737.50** |
| | **BUSINESS OPERATIONS** | |
| 2017-02-24 | review documents received from client | 1.5 |
| 2017-02-24 | t/c with client and non-bankruptcy advisors re: facts and status of case | 0.8 |
| 2017-02-26 | emails to set up meeting with client | 0.2 |
| 2017-02-27 | draft and review emails with client regarding substitution of counsel and case history | 0.4 |
| 2017-02-27 | draft and review emails with client re: strategy | 0.3 |
| 2017-02-27 | review email from client re meeting | 0.1 |
| 2017-03-02 | draft review and revise wage motion | 1.6 |
| 2017-03-05 | review debtor's financial information | 1.7 |
| 2017-03-05 | draft email to client re potential tax issue | 0.3 |
| 2017-03-05 | review documents from accountant re: debtor's financials | 0.3 |
| 2017-03-06 | draft review and revise wage motion | 0.4 |
| 2017-03-06 | draft wage motion | 0.4 |
| 2017-03-07 | meeting with client re case strategy and current issues | 3.0 |
| 2017-03-07 | draft review and revise wage motion | 1.8 |
| 2017-03-10 | draft , review, revise and file wage motion, notice of hearing and proposed order | 2.7 |
| 2017-03-10 | draft and review emails with accountant re: financial information | 0.4 |
| | **Sub-Total Hours** | **15.9** |
| | **Category Sub-total** | **$5,962.50** |
| | **CASE ADMINISTRATION** | |
| 2017-02-24 | review docket and case filings | 0.1 |
| 2017-02-25 | draft and review emails with client and prepetition non-bankruptcy counsel re: case history | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 2017-02-25 | draft email to client and proposed special counsel regarding substitution of counsel and case history | 0.4 |
| 2017-02-25 | review email from client and proposed special counsel re: case history and substitution of counsel | 0.2 |
| 2017-02-26 | review case docket and relevant pleadings | 2.3 |
| 2017-02-27 | review case docket and pleadings | 1.5 |
| 2017-02-27 | review docket and case filings | 0.2 |
| 2017-02-28 | file motions to employ, motion for enforcement of stay and related documents | 0.6 |
| 2017-02-28 | draft email to client re filings and case strategy | 0.2 |
| 2017-02-28 | draft emails to client re filing | 0.1 |
| 2017-02-28 | review emails from client re filing | 0.1 |
| 2017-02-28 | review emails from special counsel re filing | 0.1 |
| 2017-03-01 | research re motion to extend exclusivity | 2.0 |
| 2017-03-01 | prep documents filed 2/28 for service | 1.3 |
| 2017-03-01 | t/c with client re case logistics | 0.8 |
| 2017-03-01 | multiple emails with potential service providers re: cost and logistics or service of documents filed on 2/28 | 0.4 |
| 2017-03-01 | t/c with service provider re: service of filed documents | 0.2 |
| 2017-03-02 | meet with former counsel to Debtor for file hand-off | 1.0 |
| 2017-03-02 | review schedules and SOFA | 0.4 |
| 2017-03-03 | print, file and serve reply to objection to extension motion | 1.8 |
| 2017-03-05 | draft review and revise interim compensation motion, order and notice of hearing | 2.6 |
| 2017-03-05 | review docket and relevant pleadings | 0.4 |
| 2017-03-05 | draft emails to debtor's accountant | 0.3 |
| 2017-03-05 | review financial information and draft monthly operating reports | 0.1 |
| 2017-03-06 | draft and review emails with accountant requesting and receiving financial information | 0.3 |
| 2017-03-06 | draft emails to client re: case status and strategy | 0.3 |
| 2017-03-06 | draft and file letter confirming adjournment of the initial case conference | 0.2 |
| 2017-03-07 | review January and November monthly operating reports | 0.8 |
| 2017-03-07 | draft and review multiple emails with accountant re Monthly operating reports | 0.5 |
| 2017-03-07 | draft review and file certificates of service | 0.4 |
| 2017-03-09 | draft email to client re: monthly operating reports | 0.5 |
| 2017-03-09 | multiple t/c with accountant re: financial information and monthly operating reports | 0.4 |
| 2017-03-10 | draft and review emails with service agent | 0.1 |
| 2017-03-13 | prep documents filed 3/10 for service | 0.8 |
| 2017-03-13 | draft email to client re: case status, strategy and next steps | 0.6 |
| 2017-03-13 | draft email to client, special counsel and accountant re motions filed on 3/10 | 0.2 |
| 2017-03-13 | draft and review emails with service agent | 0.1 |
| | **Sub-Total Hours** | **22.7** |
| | **Category Sub-total** | **$8,512.50** |

### CLAIMS ADMIN AND OBJECTIONS

| Date | Description | Hours |
|---|---|---|
| 2017-03-10 | review and consider email from claimed secured creditor | **0.3** |
| | **Category Sub-total** | **$ 112.50** |

### FEE/EMPLOYMENT APPLICATIONS

| Date | Description | Hours |
|---|---|---|
| 2017-02-26 | draft review and revise employment application and order counsel to debtor | 2.3 |
| 2017-02-27 | draft review and revise employment application and order special counsel | 1.2 |
| 2017-02-27 | draft stipulation and declaration re substitution of counsel | 0.8 |
| 2017-02-28 | review and revise employment application of special counsel; prep for filing | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 2017-02-28 | review and revise employment application; prep for filing | 0.7 |
| 2017-02-28 | review and revise stipulation to substitute counsel; prep for filing | 0.1 |
| 2017-03-02 | t/c with UST office re: retention issues | 0.2 |
| 2017-03-02 | review and respond to correspondence with accountant re retention | 0.2 |
| 2017-03-03 | multiple t/c with accountant re retention | 0.5 |
| 2017-03-03 | review email from UST re retention applications; and t/c with UST about same | 0.4 |
| 2017-03-06 | draft review and revise accountant retention | 2.1 |
| 2017-03-06 | review and revise interim comp motion | 0.3 |
| 2017-03-07 | review and revise accountant retention | 0.2 |
| 2017-03-08 | draft, review, revise and circulate stipulation withdrawing objections to employment applications | 1.2 |
| 2017-03-08 | review and revise interim comp motion | 0.2 |
| 2017-03-09 | review and revise stipulation withdrawing objections to retention applications and revising orders approving employment application | 0.2 |
| 2017-03-10 | review, revise and file interim comp motion, notice of hearing and proposed order | 0.3 |
| 2017-03-10 | review and revise accountant retention application | 0.2 |
| 2017-03-13 | review and revise accountant retention application | 0.5 |
| 2017-03-13 | multiple correspondence with accountant re: retention issues | 0.3 |
| 2017-03-13 | review correspondence from US Trustee's office re: accountant retention | 0.1 |
| | | 13 |
| | | $4,875.00 |

**PLAN/DISCLOSURE STATEMENT**

| Date | Description | Hours |
|---|---|---|
| 2017-03-05 | t/c with client re: potential plan structures and requirements | 1.4 |
| 2017-03-09 | draft review and revise exclusivity motion, notice of hearing and proposed order | 0.8 |
| 2017-03-10 | draft, review, revise and file exclusivity motion, notice of hearing and proposed order | 5.8 |

| | |
|---|---|
| **Sub-Total Hours** | **8** |
| **Category Sub-total** | **$3,000.00** |
| **Total Hours** | **83.2** |
| **Rate** | **$375.00** |
| **Total Compensation** | **$31,200.00** |

**K&H Restaurant, Inc. - Chapter 11 Reorg 17-10011**
**Expense Detail**

| Date | DESCRIPTION | Amount |
|---|---|---|
| 2017-02-27 | Transportation - Local Car Fare Invoice # NG8HP; 85 Broad Street to 6th Avnue Brooklyn 11:08 P.M. | $28.60 |
| 2017-03-03 | GLPLLC - duplicating/printing - 135 pages | $13.50 |
| 2017-03-03 | GLPLLC - postage 1st class mail | $13.44 |
| 2017-03-14 | Process Service - Rust Omni Invoice #4012 dates 3/1 - 3/14 | $468.75 |
| | **Total** | **$524.29** |