# STEVEN SCHNEIDERMAN, CPA, PC
CERTIFIED PUBLIC ACCOUNTANT

Tel: (516) 433-8992  
Fax: (516) 433-6856  
mattsgpa@aol.com

366 North Broadway  
Suite Penthouse Five  
Jericho, NY 11753

September 1, 2016

K&H Restaurant, Inc.  
Raffles Bistro Cafe  
511 Lexington Avenue  
New York, NY 10007

**Professional services rendered:**

**Accounting and bookkeeping services  
for the month of August 2016 @ 500 per month**.......................................................... 500.00
=======

**Thank you**

Paid 9/12/16

# STEVEN SCHNEIDERMAN, CPA, PC
CERTIFIED PUBLIC ACCOUNTANT

Tel: (516) 433-8992  
Fax: (516) 433-6856  
mattsgpa@aol.com  

366 North Broadway  
Suite Penthouse Five  
Jericho, NY 11753

October 1, 2016

K&H Restaurant, Inc.  
Raffles Bistro Cafe  
511 Lexington Avenue  
New York, NY 10007

Professional services rendered:

Accounting and bookkeeping services  
for the month of September 2016 @ 500 per month................................................. 500.00
========

**Thank you**

# STEVEN SCHNEIDERMAN, CPA, PC
CERTIFIED PUBLIC ACCOUNTANT

Tel: (516) 433-8992  
Fax: (516) 433-6856  
mattsgpa@aol.com

366 North Broadway  
Suite Penthouse Five  
Jericho, NY 11753

November 1, 2016

K&H Restaurant, Inc.  
Raffles Bistro Cafe  
511 Lexington Avenue  
New York, NY 10007

Professional services rendered:

Accounting and bookkeeping services  
for the month of October 2016 @ 500 per month....................................................... 500.00
========

**Thank you**

Paid 11/10/16