UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

                                                                        Chapter 11

K&H RESTAURANT, INC.,                    Case No. 16-B-13151 (MKV)

                                     Debtor.
-----------------------------------------------------------x

## ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application for Allowance of Interim Compensation and Reimbursement of Expenses of Gottesman Law, PLLC for professional services rendered and expenses incurred during the period commencing November 13, 2016 through March 13, 2017 [ECF No. 54]; and the Application for Allowance of Interim Compensation and Reimbursement of Expenses of Davis & Gilbert LLP for Professional Services rendered and expenses incurred during the period commencing February 24, 2017 through March 13, 2017 [ECF No. 55]; and a hearing having been held before this court to consider the Application on June 1, 2017; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and upon the record of the hearing held on June 1, 2107; and sufficient cause having been shown therefor, it is hereby;

       ORDERED that the Applications are granted subject to a 40% holdback, as set forth on the attached Schedule.

Dated:  New York, New York
           June 2, 2017

                                                 *s/ Mary Kay Vyskocil*
                                                 HONORABLE MARY KAY VYSKOCIL
                                                 UNITED STATES BANKRUPTCY JUDGE

Case No.:16-13151 (MKV)  **CURRENT INTERIM FEE PERIOD**  Schedule A
Case Name: K&H RESTURANT, INC.  **November 13, 2016 – March 13, 2017**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| GOTTESMAN LAW, PLLC | MARCH 30, 2017 ECF Doc. No 54 | $31,200.00 | $31,200.00 | $18,720.00 (total less 40% holdback $12,480.00) | N/A | $18,720.00 | $524.29 | $524.29 |
| GILBERT & DAVIS LLP | MARCH 30, 2017 ECF Doc. No 55 | $6,152.00 | $6,152.00 | $3,691.20 (total less 40% holdback $2,460.08) | N/A | $3,691.20 | $0 | $0 |
| | | | | | | | | |
| | | | | | | | | |

DATE ON WHICH ORDER WAS SIGNED: June 2, 2017  INITIALS: *MKV*, USBJ