# EXHIBIT C:   SUMMARY OF D&G TIME RECORDS



**DAVIS & GILBERT LLP**
ATTORNEYS AT LAW

1740 Broadway    T: 212.468.4800    www.dglaw.com
New York, NY 10019 F: 212.468.4888

K&H Restaurant Inc.
411 Lexington Avenue
New York, NY

EIN # 13-1504385
**March 15, 2017**
**Bill Number    320651**
**File Number    030248**

**Attn: Mohammed Prince**

**FOR PROFESSIONAL SERVICES RENDERED**
From March 14, 2017 Through July 14, 2017

**Diamondrock NY Lex Owner LLC**
File Number    030248-0001-000

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 03/14/17 | JBSS | Review correspondence from Andrew G. and client regarding state court adversary proceeding and strategy regarding adversary proceeding. | 0.40 | Hrs | $230.00 |
| 03/14/17 | JBSS | Correspondence with client and bankruptcy lawyer regarding settlement position to settle civil court action in L&T court together with other related adversary proceeding. | 0.30 | Hrs | $172.50 |
| 03/14/17 | JBSS | Correspondence regarding motion in bankruptcy court to deal with failure to serve predicate notices to terminate lease or petition properly. | 0.50 | Hrs | $287.50 |
| 03/15/17 | JBSS | Conference call with James Bouklas, Mohamed Joseph and Adel to discuss strategy. | 0.90 | Hrs | $517.50 |
| 03/16/17 | JBSS | Call with Andrew G. regarding strategy for moving in bankruptcy court on issues relating to service of predicate notices and preservation of lease issues. | 1.00 | Hrs | $575.00 |
| 03/20/17 | JBSS | Correspondence with Andrew Gottesman regarding settlement offer(0.4); correspondence and review labor contract and lease provisions regarding default(0.5); review memorandum of agreement regarding extra services and labor harmony(0.5). | 1.40 | Hrs | $805.00 |



**D&G | Davis & Gilbert LLP**
ATTORNEYS AT LAW

1740 Broadway    T: 212.468.4800    www.dglaw.com
New York, NY 10019 F: 212.468.4888

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 03/20/17 | JBSS | Draft first interim fee application. | 2.10 | Hrs | $1,207.50 |
| 03/21/17 | JBSS | Settlement meeting at offices of landlord's counsel. | 1.80 | Hrs | $1,035.00 |
| 03/22/17 | JBSS | Continue revising fee application. | 0.80 | Hrs | $460.00 |
| 03/24/17 | JBSS | Research RPAPL and case law regarding service of predicate notices. | 0.60 | Hrs | $345.00 |
| 03/24/17 | JBSS | Research regarding FRCP 41 and voluntary dismissal of adversary proceeding. | 0.20 | Hrs | $115.00 |
| 03/27/17 | JBSS | Correspondence with counsel and general counsel regarding motion to dismiss adversary proceeding. | 0.40 | Hrs | $230.00 |
| 03/28/17 | JBSS | Calls with Jim El Nabli and client regarding adversary proceeding. | 0.40 | Hrs | $230.00 |
| 03/28/17 | JBSS | Research relating to motion to dismiss adversary proceeding status. | 0.70 | Hrs | $402.50 |
| 03/29/17 | JBSS | Conference call with Jim El Nabli and Andrew Gottesman regarding response to motion to dismiss adversary proceeding, strategy and results of research. | 1.10 | Hrs | $632.50 |
| 03/30/17 | JBSS | Draft proposed order and file fee application in accordance with rules. | 0.30 | Hrs | $172.50 |
| 03/30/17 | JBSS | Review motion to withdraw the reference. | 1.00 | Hrs | $575.00 |
| 03/31/17 | JBSS | Review case law regarding motion to withdraw the reference. | 0.60 | Hrs | $345.00 |
| 04/03/17 | JBSS | Review motion to withdraw the reference. | 0.60 | Hrs | $345.00 |
| 04/03/17 | JMS | Reviewing motion to withdraw the reference | 1.50 | Hrs | $787.50 |
| 04/03/17 | JMS | Attention to filing deadlines and service requirements. | 0.30 | Hrs | $157.50 |
| 04/03/17 | JMS | Internal discussion re. same service and filing deadlines. | 0.20 | Hrs | $105.00 |
| 04/04/17 | JBSS | Call with Andrew G. regarding adversary proceeding service issues and stipulation of extension to respond. | 0.20 | Hrs | $115.00 |
| 04/04/17 | JMS | Attention to requirements for extension requests in district and bankruptcy court. | 0.40 | Hrs | $210.00 |
| 04/04/17 | JMS | Drafting stipulation extending time to respond to motion to withdraw | 0.40 | Hrs | $210.00 |
| 04/04/17 | JMS | Drafting Rule 7.1 corporate disclosure statement | 0.40 | Hrs | $210.00 |



**Davis & Gilbert LLP**
ATTORNEYS AT LAW

1740 Broadway    T: 212.468.4800    www.dglaw.com
New York, NY 10019  F: 212.468.4888

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 04/04/17 | JMS | Email correspondence with J. Schneider re. drafting documents. | 0.20 | Hrs | $105.00 |
| 04/05/17 | JBSS | Correspondence with counsel regarding obtaining agreements to adjourn return dates of adversary proceeding. | 0.30 | Hrs | $172.50 |
| 04/06/17 | JMS | Drafting request for extension and finalizing and filing stipulations to extend time to respond to motion to dismiss and motion to withdraw the reference and drafting notices of appearance. | 1.50 | Hrs | $787.50 |
| 04/06/17 | JMS | Reviewing district court and bankruptcy court rules. | 0.50 | Hrs | $262.50 |
| 04/06/17 | JMS | Email and phone correspondence with J. Schneider, J. Heatherton, and opposing counsel. | 0.20 | Hrs | $105.00 |
| 04/07/17 | JBSS | Meeting at office of Jim El Nabli with Mohamed, Adel and legal team to discuss strategy, settlement possibility and adversary proceeding defense. | 1.60 | Hrs | $920.00 |
| 04/07/17 | JMS | Attention to requirements for extension of briefing schedule for motion to dismiss the adversary proceeding complaint;; | 0.50 | Hrs | $262.50 |
| 04/07/17 | JMS | Email correspondence with team and opposing counsel re. same | 0.20 | Hrs | $105.00 |
| 04/07/17 | JMS | Finalizing and preparing for filing notices of appearance and corporate disclosure statement and related email correspondence. | 0.20 | Hrs | $105.00 |
| 04/11/17 | JMS | Email correspondence with J. Schneider, bankruptcy counsel, and defense counsel, re: extensions of briefing schedules and conference dates for motion to dismiss and motion to withdraw the reference. | 0.50 | Hrs | $262.50 |
| 04/12/17 | JBSS | Review objections to motions for compensation. | 0.50 | Hrs | $287.50 |
| 04/12/17 | JMS | Drafting stipulations extending time for motion to dismiss and motion to withdraw reference. | 0.50 | Hrs | $262.50 |
| 04/13/17 | JBSS | Review demand letter sent by Landlord and demand letter sent by union. | 0.40 | Hrs | $230.00 |
| 04/13/17 | JMS | Attention to stipulations extending time to respond to motions. | 0.30 | Hrs | $157.50 |



**Davis & Gilbert LLP**
ATTORNEYS AT LAW

1740 Broadway   T: 212.468.4800   www.dglaw.com
New York, NY 10019   F: 212.468.4888

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 04/13/17 | JMS | email correspondence with opposing counsel, co-counsel and team regarding stipulations. | 0.20 | Hrs | $105.00 |
| 04/14/17 | JBSS | Call with Andrew Gottesman regarding motion extensions and other related matters regarding assumption of lease. | 0.30 | Hrs | $172.50 |
| 04/14/17 | JMS | Finalizing and filing stipulation with bankruptcy court; related email correspondence. | 0.30 | Hrs | $157.50 |
| 04/17/17 | JMS | Reviewing bankruptcy court order granting extension; attention to district court stipulation extending time; related email correspondence with J. Schneider and co-counsel. | 0.30 | Hrs | $157.50 |
| 04/19/17 | JBSS | Attend court hearing on motion to evict holdover; | 2.50 | Hrs | $1,437.50 |
| 04/19/17 | JBSS | Call with Andrew Gottesman and update client regarding court hearing. | 0.60 | Hrs | $345.00 |
| 04/19/17 | JMS | Finalizing and filing stipulation extending time to reply to motion to withdraw the reference and related email correspondence with co-counsel and opposing counsel. | 0.30 | Hrs | $157.50 |
| 04/20/17 | JBSS | Call with Mohamed Joseph regarding Tuesday's Court hearing. | 0.20 | Hrs | $115.00 |
| 04/20/17 | JMS | Reviewing court order re. extension of time toreply. | 0.10 | Hrs | $52.50 |
| 04/21/17 | JBSS | Review correspondence by Alan Zuckerbrod regarding potential settlement meeting. | 0.20 | Hrs | $115.00 |
| 04/27/17 | JBSS | Call with Andrew Gottesman regarding potential settlement proposal and comments. | 0.30 | Hrs | $172.50 |
| 04/28/17 | JBSS | Call with Mohamed Joseph and call with James Burklas regarding response to motion to dismiss and motion to confirm the reference. | 0.40 | Hrs | $230.00 |
| 04/28/17 | JMS | Research for opposition to motion to withdraw the reference; | 0.70 | Hrs | $367.50 |
| 04/28/17 | JMS | Email and phone correspondence with J. Schneider re: status and strategy. | 0.30 | Hrs | $157.50 |
| 05/01/17 | JMS | Meeting with J. Schneider, J. Serritella re.strategy for opposition to motion to withdraw the reference to the bankruptcy court. | 0.50 | Hrs | $262.50 |
| 05/01/17 | JS | Review motion to withdraw the reference | 0.50 | Hrs | $295.00 |
| 05/01/17 | JS | review motion to dismiss | 0.50 | Hrs | $295.00 |

-4-



**Davis & Gilbert LLP**
ATTORNEYS AT LAW

1740 Broadway  T: 212.468.4800  www.dglaw.com
New York, NY 10019  F: 212.468.4888

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 05/01/17 | JS | Meeting with J. Siegel re: motions | 0.50 | Hrs | $295.00 |
| 05/02/17 | JMS | Researching and drafting opposition to motion to withdraw the reference. | 1.00 | Hrs | $525.00 |
| 05/02/17 | JMS | Drafting stipulation extending briefing schedule. | 0.30 | Hrs | $157.50 |
| 05/02/17 | JMS | Discussion and email correspondence with J. Schneider re drafting opposition and stipulation. | 0.30 | Hrs | $157.50 |
| 05/02/17 | JS | Attend to emails re: briefing schedule and arguments in connection with opposition to motion to withdraw the reference. | 0.50 | Hrs | $295.00 |
| 05/03/17 | JMS | Drafting opposition to motion to withdraw the reference(2.0); | 2.00 | Hrs | $1,050.00 |
| 05/03/17 | JMS | Phone conference with J. Schneider and bankruptcy counsel (A. Gottesman) re. motion to withdraw the reference. | 0.40 | Hrs | $210.00 |
| 05/04/17 | JMS | Drafting opposition to motion to withdraw the reference. | 2.00 | Hrs | $1,050.00 |
| 05/05/17 | JMS | Drafting opposition to motion to withdraw the reference(1.7); | 1.70 | Hrs | $892.50 |
| 05/05/17 | JMS | Internal discussion re. request for extension and strategy with J. Schneider, J.Serritella, J. Heatherton. | 0.30 | Hrs | $157.50 |
| 05/05/17 | JMS | Email correspondence regarding extension and strategy. | 0.30 | Hrs | $157.50 |
| 05/07/17 | JMS | Drafting declaration for opposition to motion to withdraw. | 0.40 | Hrs | $210.00 |
| 05/08/17 | JBSS | Call with Andrew Gottesman regarding assisting with motion to assume the lease. | 0.20 | Hrs | $115.00 |
| 05/08/17 | JMS | Drafting Schneider Declaration for opposition to motion to withdraw. | 0.30 | Hrs | $157.50 |
| 05/09/17 | JBSS | Call with bankruptcy counsel regarding discovery and research regarding service of predicate notice and notice of termination. | 0.50 | Hrs | $287.50 |
| 05/09/17 | JMS | Meeting with J. Serritella re. draft opposition to motion withdraw reference. | 0.50 | Hrs | $262.50 |
| 05/09/17 | JMS | Email correspondence regarding and review of draft brief. | 0.20 | Hrs | $105.00 |
| 05/09/17 | JS | Work on opposition to motion to withdraw the reference. | 2.00 | Hrs | $1,180.00 |

-5-



**Davis & Gilbert LLP**
ATTORNEYS AT LAW

1740 Broadway          T: 212.468.4800      www.dglaw.com
New York, NY 10019  F: 212.468.4888

| Date | Initials | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 05/11/17 | JBSS | Call with Andrew Gottesman regarding motion to assume lease. | 0.40 | Hrs | $230.00 |
| 05/12/17 | JBSS | Review and revise motion to assume lease and call with Andrew Gottesman regarding same (x2). | 1.10 | Hrs | $632.50 |
| 05/12/17 | JMS | Research for motion to assume or reject lease and drafting email summary re. same. | 0.70 | Hrs | $367.50 |
| 05/12/17 | JMS | Phone conference with J. Schneider re. motion to assume lease. | 0.30 | Hrs | $157.50 |
| 05/15/17 | JBSS | Call with Andrew Gottesman to review and discuss arguments for motion to assume lease | 0.50 | Hrs | $287.50 |
| 05/15/17 | JMS | Revising opposition to motion to withdraw reference. | 0.80 | Hrs | $420.00 |
| 05/17/17 | JMS | Reviewing and revising draft opposition to motion to withdraw the reference; email correspondence re. same. | 3.00 | Hrs | $1,575.00 |
| 05/18/17 | JMS | Reviewing and revising opposition to motion to dismiss the adversary proceeding complaint and proposed amended complaint. | 2.00 | Hrs | $1,050.00 |
| 05/18/17 | JMS | Reviewing opposition to motion to withdraw the reference. | 0.50 | Hrs | $262.50 |
| 05/18/17 | JMS | Phone conference with J. Schneider re. document revisions. | 0.20 | Hrs | $105.00 |
| 05/18/17 | JS | Work on opposition to motion to withdraw the reference. | 0.50 | Hrs | $295.00 |
| 05/19/17 | JS | Revise draft of opposition to motion to withdraw the reference. | 2.00 | Hrs | $1,180.00 |
| 05/22/17 | JMS | Reviewing J. Serritella comments on opposition to motion to withdraw the reference; related email correspondence. | 0.80 | Hrs | $420.00 |
| 05/23/17 | JMS | Revising opposition to motion to withdraw the reference and related research. | 2.90 | Hrs | $1,522.50 |
| 05/24/17 | JMS | Revising opposition to motion to withdraw the reference. | 1.00 | Hrs | $525.00 |
| 05/24/17 | JMS | Legal research relating to motion to with draw the reference. | 1.00 | Hrs | $525.00 |
| 05/25/17 | JBSS | Review objection to motion to assume the lease. | 1.00 | Hrs | $575.00 |

-6-



**Davis & Gilbert LLP**
ATTORNEYS AT LAW

1740 Broadway    T: 212.468.4800    www.dglaw.com
New York, NY 10019  F: 212.468.4888

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 05/25/17 | JBSS | Finalize declaration and opposition to motion to withdraw the reference. | 0.30 | Hrs | $172.50 |
| 05/25/17 | JMS | Finalizing and preparing brief, declaration, and exhibits in opposition to motion to withdraw the reference for filing. | 2.20 | Hrs | $1,155.00 |
| 05/25/17 | JMS | Discussions and email correspondence with J. Schneider, J. Serritella, and J. Heatherton re. finalizing and filing brief. | 0.50 | Hrs | $262.50 |
| 05/25/17 | JS | Review final draft of opposition to motion to withdraw the reference. | 0.80 | Hrs | $472.00 |
| 05/26/17 | JBSS | Call with Andrew Gottesman to discuss and prepare for June 1 motion to assume lease hearing and argument. | 0.70 | Hrs | $402.50 |
| 06/01/17 | JBSS | Hearing in bankruptcy court on fee applications and in response to objections by landlord. | 2.80 | Hrs | $1,610.00 |
| 06/02/17 | JBSS | Correspondence with Andrew G. regarding preparations for motion to assume hearing | 0.30 | Hrs | $172.50 |
| 06/02/17 | JBSS | Review order regarding payment. | 0.50 | Hrs | $287.50 |
| 06/05/17 | JBSS | Review reply memo of law in response to motion to withdraw the reference; review signed order regarding payment. | 0.70 | Hrs | $402.50 |
| 06/12/17 | JBSS | Meeting to prepare strategy for motion to assume lease | 2.20 | Hrs | $1,265.00 |
| 06/13/17 | JBSS | Review supplemental objection to motion to assume lease. | 0.80 | Hrs | $460.00 |
| 06/13/17 | JBSS | Correspondence with counsel for landlord regarding canceled court date on motion to dismiss adversary proceeding | 0.30 | Hrs | $172.50 |
| 06/14/17 | JBSS | Attend hearing, oral argument and settlement conferences for K&H with Landlord in bankruptcy court. | 3.60 | Hrs | $2,070.00 |
| 06/15/17 | JBSS | Call with Mohamed Prince to discuss settlement position. | 0.30 | Hrs | $172.50 |
| 06/16/17 | JBSS | Draft interim fee application. | 2.30 | Hrs | $1,322.50 |
| 06/19/17 | JBSS | Settlement conference. | 3.30 | Hrs | $1,897.50 |
| 06/20/17 | JBSS | Call with Andrew Gottesman regarding motion to assume hearing. | 0.20 | Hrs | $115.00 |
| 06/22/17 | JBSS | Review reply to Motion to Dismiss brief. | 0.60 | Hrs | $345.00 |



**Davis & Gilbert LLP**
ATTORNEYS AT LAW

1740 Broadway    T: 212.468.4800    www.dglaw.com
New York, NY 10019  F: 212.468.4888

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 06/28/17 | JBSS | Attend bankruptcy court for hearing on motion to assume lease. | 2.40 | Hrs | $1,380.00 |
| 06/29/17 | JBSS | Strategize with Andrew G. regarding motion for reconsideration and stay | 1.10 | Hrs | $632.50 |
| 06/29/17 | JBSS | Call with client to discuss stradegy | 0.20 | Hrs | $115.00 |
| 06/30/17 | JBSS | Calls with Andrew G. and Mohamed regarding letter to court regarding Wednesday's hearing. | 0.50 | Hrs | $287.50 |
| 06/30/17 | JBSS | Research issue of stay in connection with motion for reconsideration. | 1.00 | Hrs | $575.00 |
| 07/05/17 | JBSS | Order to deny assumption motion; call with Andrew G.; review motion for a stay and provide comments. | 0.90 | Hrs | $517.50 |
| 07/07/17 | JBSS | Review stipulation to adjourn automatic stay motion. | 0.10 | Hrs | $57.50 |
| 07/07/17 | JBSS | Review and revise motion for stay of order denying lease assumption. | 0.80 | Hrs | $460.00 |
| 07/11/17 | JBSS | Call with Andrew G. regarding Union payment issue. | 0.30 | Hrs | $172.50 |

**SUBTOTAL LEGAL SERVICES**    $53,447.00

**LEGAL SERVICES SUMMARY**

| Attorney | Rate | Hours | | Amount |
|---|---|---|---|---|
| Schneider, Jesse B. | Rate: $575/Hr. | 52.50 | Hrs | $30,187.50 |
| James Serritella | Rate: $590/Hr. | 7.30 | Hrs | $4,307.00 |
| Jacklyn Siegel | Rate: $525/Hr. | 36.10 | Hrs | $18,952.50 |
| | | 95.90 | Hrs | $53,447.00 |

**MATTER TOTAL**    $53,447.00

**TOTAL LEGAL SERVICES**    $53,447.00
**TOTAL OTHER CHARGES**    $0.00

**TOTAL THIS BILL**    $53,447.00