GOTTESMAN LAW, PLLC
Andrew R. Gottesman (ARG-1992)
85 Broad Street, 29th Floor  PRESENTMENT DATE: AUGUST 25, 2017
New York, New York 10004  PRESENTMENT TIME: 12:00 NOON
Telephone: (646) 880-4456  OBJECTIONS DUE: AUGUST 22, 2017 AT 4:00 P.M.
Facsimile: (646) 844-2741
andrew@gottesmanlawpllc.com
*Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

                                                                         Chapter 11

K&H RESTAURANT, INC.,          Case No. 16-B-13151-MKV

                                      Debtor.
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF GERTLER LAW GROUP, LLC AS SPECIAL APPEALS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION NUNC-PRO-TUNC TO AUGUST 4, 2017

**PLEASE TAKE NOTICE,** that on August 9, 2017 K&H Restaurant, Inc., the debtor and debtor-in-possession (the "Debtor"), made an application for an order (the "Retention Order") authorizing the retention of Gertler Law Group, LLC, as special appeals counsel, (the "Application") to the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge. [ECF No. 133].

**PLEASE TAKE FURTHER NOTICE,** that the Retention Order was to be presented at the Chambers of the Honorable Mary Kay Vyskocil, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, for signature on August 25, 2017, at 12:00 noon, prevailing Eastern time.

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby withdraws the Application without prejudice.

Dated: August 21, 2017
      New York, New York

GOTTESMAN LAW, PLLC

by: Andrew R. Gottesman
Andrew R. Gottesman
85 Broad Street, 29th Floor
New York, New York 10004
Telephone (646) 880-4456
Facsimile (646) 844-2741
andrew@gottesmanlawpllc.com

*Counsel to the Debtor*